18658. AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY
v. KRASNER.

WYATT, Presiding Justice. After a careful consideration of the record in this case and the decision made by the Court of Appeals (*Krasner* v. *Harper*, 90 *Ga. App.* 128, 82 S. E. 2d 267), we are of the opinion that that court did not err in reversing in part the judgment of the court below.

*Judgment affirmed. All the Justices concur, except Almand, J., who dissents.*

ARGUED SEPTEMBER 13, 1954—DECIDED OCTOBER 14, 1954.

*Earle Norman, T. J. Long,* for plaintiff in error.
*Norman Krasner,* pro se, *D. W. Krasner,* contra.